UNITED STATES BANKRUPTCY COURT
NORTHER DIVISION OF FLORIDA
PENSACOLA DIVISION

IN RE:

AMT, LLC

Debtor-in-Possession.

Case No.: 11-30933

## MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENT OF FINACIAL AFFAIRS

Debtor, AMT, LLC,, by and through its undersigned attorney, hereby files this motion for extension of time to file Debtor's Schedules and Statement of Financial Affairs and, in support thereof does state:

1. On May 27, 2011, the Debtor filed a voluntary Chapter 11 petition for relief under the provisions of Title 11 U.S.C. Under the Bankruptcy Rules, the Debtor is required to file its schedules and Statement of Financial Affairs within fourteen days from the date that the petition was filed. The Debtor has provided information to its attorney for preparation of the schedules and Statement of Financial Affairs but some of the information necessary to complete the schedules and Statement of Financial Affairs are still being gathered.

2. It is anticipated that the schedules and Statement of Financial Affairs can be filed within an additional ten days. The Section 341 Meeting of Creditors is scheduled for June 30, 2011. Accordingly, the granting of this motion will not cause any undue delay or prejudice to the Debtor's creditors.

Wherefore, based on the above, the Debtor hereby requests this Court to enter its

order granting the Debtor an extension of ten days within which to file its schedules and Statement of Financial Affairs extending the due date to June 20, 2011.

_____
J. STEVEN FORD, ESQUIRE
Florida Bar Number 512869
Wilson, Harrell, Farrington, Ford,
Wilson, Spain, & Parsons, P.A.
307 South Palafox Street
Pensacola, Florida 32502
Telephone: (850) 438-1111
Facsimile: (850) 432-8500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Jason Egan, Trustee, and any other parties appearing of interest on Debtor's mailing matrix, by electronic mail, via the Court's EM/ECF filing system on this 10th day of June, 2011.

_____
J. STEVEN FORD, ESQUIRE