**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                      CHAPTER 11

AMT, LLC                                                 Case No. 11-30933-WSS

      Debtor-in-Possession

ORDER APPROVING POST-PETITION FINANCING

THIS MATTER, having come before the Court upon the Motion of the Debtor, AMT, LLC, for approval of post-petition financing, and the Court being advised that all creditors received notice of the hearing and were served with a copy of the motion, and no objections having been filed, and the Court finding that the post-petition financing proposed by the Debtor is in the best interests of the Debtor, the bankruptcy estate, and the creditors, the motion is hereby GRANTED and the post-petition financing between the Debtor and Omega Commercial Finance Company is hereby approved.

The Debtor is hereby authorized to close on the financing transaction and is authorized to pay the secured claim of Jefferson Bank and Trust Company, in full, from the proceeds of the loan, at closing. The Debtor is also authorized to pay all outstanding property taxes due on the property which is to be the collateral for the loan, specifically, approximately 11.77 acres as described in the motion. The Debtor is also authorized to pay all documentary stamps, intangible tax, recording fees, and other usual and necessary closing costs, as may be required by the loan commitment to be paid by Debtor, at closing. However, no fees, as set forth in the loan commitment letter dated May 26, 2011, attached to the Debtor's motion, shall be paid until

approved by this Court following application to the Court for approval of such fees.  If the closing takes place prior to approval of the fees, the fees shall be escrowed until approved.

All net proceeds after payment of all amounts approved by this order to be paid at closing shall be deposited into the debtor-in-possession account and shall be escrowed until such time as the Debtor-in-Possession's Plan is confirmed, at which time the funds shall be distributed in accordance with the confirmed plan.

Dated:    August 18, 2011

WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE