## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE:

    AMT, LLC

                                          Case No.: 11-30933-WSS

    Debtor-in-Possession

### NOTICE OF APPEARANCE

Karen L. Arnett, attorney with Arnett & Kerrigan, P.L., hereby gives notice of appearance as counsel for Creditor, Destin Pointe Owners Association, Inc. and respectfully requests that all pleadings and other papers be served upon said Creditor in care of the undersigned.

                                          Arnett & Kerrigan, P.L.

                                          /s/ Karen L. Arnett
                                          Karen L. Arnett
                                          Florida Bar No. 550833
                                          600 Grand Blvd., Suite 206
                                          Miramar Beach, FL 32550
                                          Phone: (850) 502-4373
                                          Fax: (850) 267-1191
                                          Email: karen@arnettlegal.com

### CERTIFICATE OF SERVICE

I hereby certify that I have on September 9, 2011 electronically filed the foregoing pleading with the Court using the CM/ECF system which will send notification to all parties of record.

                                          /s/ Karen L. Arnett