UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

AMT, LLC                                           CASE No. 11-30933-WSS
                                                   CHAPTER 11


Debtor.
_____/


**OBJECTION BY UNITED STATES TRUSTEE
TO CONFIRMATION OF THE PLAN OF REORGANIZATION
AND TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT
<u>FOR THE AMT, LLC</u>**

COMES NOW DONALD F. WALTON, United States Trustee for Region 21, and pursuant to the authority and responsibility set forth in 28 U.S.C. Section 586(a)(3)(B) and 11 U.S.C. Section 307, objects to confirmation of the Plan of Reorganization for AMT, LLC, and states:

1. The Debtor, AMT, LLC (herein "Debtor") filed chapter 11 on May 27, 2011. The Debtor filed a chapter 11 plan of Reorganization and a Disclosure Statement on August 25, 2011. A hearing to consider final approval of the disclosure statement and confirmation of the plan is scheduled to be held in this case on October 24, 2011.

2. For the reasons set forth herein, the United States Trustee believes and avers that the proposed Plan of Reorganization fails to comply with Sections 1129(a)(11) (feasibility) and 1129(a)(12) (provision for U.S. Trustee Quarterly Fees) and otherwise fails to satisfy the

requirements of §1129 of the Bankruptcy Code.

3. Pursuant to 28 U.S.C. 1930(a)(6), the U.S. Trustee has been charged with the collection of statutory quarterly fees, prescribed under that same Section.

4. Pursuant to Section 1129(a)(12), all such fees which have accrued prior to Confirmation must be paid on the effective date. At this time, the United States Trustee is unable to properly calculate the statutory fees owed by the Debtor as the Debtor has not filed a single monthly operating report while in chapter 11. The Debtor's monthly operating reports are delinquent for the months of May, June, July, and August. The September report is due on or before October 21, 2011. Because of the Debtor's failure to provide monthly operating reports, the United States Trustee is hampered in its attempts to assess the correct Quarterly Fee for the 2nd and 3rd quarters of 2011.

5. The Debtor's chapter 11 plan is based on a post petition loan from Omega Commercial Finance Corp. that was originally scheduled to close August 17, 2011. The loan did not close August 17, 2011 as anticipated and a new closing date of September 26, 2011 was set. Again the loan did not close. The Debtor's plan fails to set forth a deadline for the loan to close, fails to provide any contingency plan in the event the loan does not close, and does not give any indication that supports that the loan will be closed in the near future. The Debtor's disclosure statement also fails to provide any current information related to the status of the approved Omega loan. The Court and other parties cannot analyze the proposed treatments and provisions in the Plan and ascertain whether these are feasible or in their best interests. The feasibility analysis under §1129(a)(11) is problematic without current information and further assurances that the Omega Loan will actually close.

6. For the reasons set forth herein, the United States Trustee believes and avers that the proposed Disclosure Statement lacks "adequate information" and otherwise fails to satisfy the requirements of §1125(a) of the Bankruptcy Code.

WHEREFORE, the United States Trustee objects to confirmation and to approval of the Disclosure Statement.

Respectfully submitted, this the 12th day of October, 2011.

                                  Donald F. Walton
                                  United States Trustee
                                  Region 21

                                  /s/ JASON H. EGAN
                                  Jason H. Egan
                                  Trial Attorney
                                  Office of the United States Trustee
                                  110 East Park Avenue, Suite 128
                                  Tallahassee, FL 32301
                                  850-521-5050
                                  FAX: 850-521-5055
                                  Florida Bar Number 0568351
                                  Email: jason.h.egan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Objection by United States Trustee, has been furnished by U.S. Mail first class postage prepaid to attorney for the debtor, J. Steven Ford, Esq., Wilson, Harrell, Farrington & Ford, P.A., 307 S. Palafox St., Pensacola, FL 32502; and to the Debtor, AMT, LLC, 480 Gulf Shores Drive, Destin, FL 32541, on this the 12th day of October, 2011.

                                  /s/ JASON H. EGAN
                                  Jason H. Egan