UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

    AMT, LLC                                   CASE NO.: 11-30933-WSS

    Debtor-in-Possession

---

**BALLOT FOR ACCEPTANCE OR REJECTION OF CHAPTER 11 PLAN OF REORGANIZATION**

---

AMT, LLC, filed a Plan of Reorganization dated August 25, 2011, (the "Plan") for the Debtor in this case. The Court has approved a Disclosure Statement, with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. We have provided a copy of the Plan and Disclosure Statement for you, however, if the Plan and Disclosure Statement have not been received or you wish to obtain another copy, please contact the office of J. Steven Ford at Wilson, Harrell, Farrington, Ford, Wilson, Spain, & Parsons, P.A., at 850-438-1111. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

YOU SHOULD REVIEW THE DISCLOSURE STATEMENT AND THE PLAN BEFORE YOU VOTE. YOU MAY WISH TO SEEK LEGAL ADVICE CONCERNING THE PLAN AND YOUR CLASSIFICATION AND TREATMENT UNDER THE PLAN. IF YOU HOLD CLAIMS OR EQUITY INTERESTS IN MORE THAN ONE CLASS, YOU SHOULD RETURN A BALLOT FOR EACH CLASS IN WHICH YOU ARE ENTITLED A VOTE.

IF YOUR BALLOT IS NOT RECEIVED BY <u>J. STEVEN FORD AT 307 S. PALAFOX STREET, PENSACOLA, FL 32502</u> ON OR BEFORE <u>OCTOBER 17, 2011</u>, AND SUCH DEADLINE IS NOT EXTENDED, YOUR VOTE WILL NOT COUNT AS EITHER AN ACCEPTANCE OR REJECTION OF THE PLAN.

IF THE PLAN IS CONFIRMED BY THE BANKRUPTCY COURT IT WILL BE BINDING ON YOU WHETHER OR NOT YOU VOTE.

ACCEPTANCE OR REJECTION OF THE PLAN

(Please check one box only)

The undersigned, the holder of a Class __2__ claim against AMT, LLC, in the amount of $ __2,021.48__

[  ] ACCEPTS THE PLAN          [✓] REJECTS THE PLAN

Dated: Oct. 12, 2011

Signature: _Jan E K_
Print name: Jane Kerrigan
Title: Attorney/agent for Destin Pointe
Address: 1100 Grand Blvd., Suite 206
Miramar Beach, FL 32550

Return this ballot to:

J. Steven Ford
Wilson, Harrell, Farrington, Ford,
Wilson, Spain, & Parsons, P.A.
307 South Palafox Street
Pensacola, FL 32502